Court Copy

RECEIVED
AFTER HOURS DROP BOX

2003 FEB 18 AM 9:01

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF FLORIDA
FORT MYERS, DIVISION

DONNA FELISA BATTLE
        plaintiff

VS                      CASE NO    2:03-cv-78-FtM-29DNF

KENT SECURITY
        defendant


COMPLAINT

1. PLAINTIFF
   DONNA FELISA BATTLE
   PO BOX 1212
   FORT MYERS, FL 33902-1212


2. KENT SECURITY
   14600 BISCAYNE BOULEVARD
   NORTH MIAMI BEACH, FL 33181


3.   This employment discrimination action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended. Jurisdiction is specifically conferred on this Court by 42 USC 2000e-5. Equitable relief is sought under 42 USC20003f g. Other statutes for this complaint cited in the civil sheet.

4. THE ACTS COMPLAINED OF IN THIS SUIT CONCERN;

    A. HOSTILE ENVIRONMENT
    B. RACIAL AND GENDER HARASSMENT
    C. DEFAMATION BY AN EMPLOYER

1

   D. VIOLATION OF COLOR OF STATE STATUTE
   E  RETALIATION
   F.  WORKPLACE VIOLENCE
   G. TORTIOUS UNDERLINING FACTS CONCERNING CLIENT AND DEFENDANT.
   H. Failure to Promote me.
   I. Wrongful Termination

5. DEFENDANT'S CONDUCT IS DISCRIMINATORY WITH RESPECT TO THE FOLLOWING.

   A. MY RACE
   B. MY RELIGION
   C. MY NATIONAL ORIGIN
   D. MY GENDER
   E. AGE

6. THE FACTS SURROUNDING MY CLAIM ARE.

   THE PLAINTIFF WORKED AS A SECURITY OFFICER FOR THE DEFENDANT, KENT SECURITY DURING THE MONTHS OF FEBRUARY 2002 THROUGH                    . DURING THE PERIOD SHE WAS EMPLOYED WITH THE DEFENDANT, SHE WAS CALLED THE WORD NIGGER SEVERAL TIMES, ALMOST EVERY DAY WHEN SHE RELIEVED THE POST CAPTAIN OF HIS DAILY DUTY, HE ALSO CALLED HER A NIGGER WHEN SHE TOOK A FIVE MINUTE BREAK TO USE THE RESTROOM WHILE HE LEFT HIS PHONE AT THE POST AND COULDNOT GET INTO THE PROPERTY AS IT WAS A GATED COMMUNITY AND THE GATE WAS CLOSED HE BANGED HIS CAR DOOR AND CALLED HER A NIGGER, AS HE DID EVERYDAY WHEN HE WALKED TO HIS CAR TO GO HOME. HE ALSO SLANDERED HER CALLING HER A PROSTITUTE WHEN SHE DROVE THROUGH THE SECURITY GATE TO GO TO HER DAILY WORK WHILE HIS SLANDEROUS WORD CAUSED OTHER VISITORS TO HEAR VOICES AND DO THE DAME THING AND CAUSED HER PUBLIC DISCRIMINATION. HE ALSO BROUGHT VCR TAPES THAT USED THE WORD NIGGER AND SAT AND WATCHED THEM DURING WORKING HOURS AND CHILD PORNOGRAPHY TAPES AND PICTURES AND WAS AN ALCOHOLIC AS WELL AS THE POST SUPERVISOR WHOM CAME TO THE POST REAPING OF ALCOHOL AND NEGLECTED HIS DUTIES.THE POST CAPTAIN NOT ONLY SLANDERD THE PLAINTIFF, BUT HE ALSO SABATOGED HER WORK. HE RETALIATED AND CAUSED A HOSTILE AND ABUSIVE WORKPLACE  AFTER A BLACK SUPERVISOR STOPPED BY AND TALKED TO HIM AND TOLD HIM TO DO HIS WORK AS HE WAS NOT DOING HIS JOB, HE BECAME HOSTILE AND RETALIATED AND STARTED ABUSING THE PLAINTIFF AND SABOTAGING HER WORK AND BROUGHT IN RACIST TAPES. THE PLAINTIFF TALKED TO THE MANAGER AND HE DENIED THE COMPLAINT WHILE THE HEAD OFFICE DID NOTHING THEY

OFFERED THE POST CAPTAIN EXRA MONEY ON ANOTHER POST AND ALLOWED HIM TO REMAIN ON THE POST. HE DECEIVED EVERYONE AND ATE OUR FOOD AND DRINKS AND CAUSED INTIMIDATION BECAUSE OF HIS UNPROTECTED ACTIVITIES OUTSIDE OF HIS DUTIES. THE DEFENDANT APPEARED TO HATE OLD PEOPLE AND WOMEN AND BLACK PEOPLE. THEY WOULD PUT ANOTHER OFFICER IN THE PLAINTIFF'S PLACE AND THE OTHER BLACK OFFICERS. WHEN WE ARRIVED SOMEONE ELSE WOULD BE IN OUR PLACE, UNLESS THE HUMAN RESOURCE DIRECTOR WAS AT WORK AS SHE WAS BLACK.. WHEN THE PLAINTIFF TRIED TO CALL HER CONCERNING THE WORKING CONDITIONS, THE HUMAN RESOURCE DIRECTOR NEVER RETURNED HER CALL. SO SHE CALLED THE HEAD COMPANY. WHEN THE DEFENDANT HAD TWO OFFICERS ON POST AT ONE TIME, THE POST CAPTAIN JUST YELLED, JUST CALL THEM A NIGGER, THE PLAINTIFF HAD HER HOURS CUT SO A WHITE MALE COULD HAVE HER POSITION, WHERE ON ONE OCCASION THE PLAINTIFF WAS TO REPLACE ANOTHER BLACK FEMALE, OLDER THAN THE PLAINTIFF WHOM THE DEFENDANT HAD PUSHED OUT OF ANOTHER POST TRYING TO SINGLE OUT ANOTHER BLACK EMPLOYEE, THE BLACK EMPLOYEE WOULDNOT STAND FOR THE DISCRIMINATION SO THEY PUT THE OFFICER ON THIS POST AND TRIED TO GET RID OF THE BOTH OF THE BLACK OFFICERS ON THE POST. THE DEFENDANT ALSO TRIED TO FORCE THE BLACK HUMAN RESOURCE DIRECTOR TO RESIGN AND ALL THE BLACK SUPERVISORS AS WELL AS THE PLAINTIFF. THE PLAINTIFF ASKS THIS COURT FOR RELIEF FROM THE DEFENDANT'S DISCRIMINATION AND SLANDER AS THE DEFENDANT HAS CAUSED HER PAIN AND SUFFERING AND SLANDER.

7. THE ALLEGED DISCRIMINATION OCCURRED ON OR ABOUT;
    FEBRUARY, 2002 through FEBRUARY, 2003

8. I FILED CHARGES WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION REGARDING THE DEFENDANT'S ALLEGED DISCRIMINATION CONDUCT ON OR ABOUT. DEPARTMENT OF LABOR
    THE FLORIDA GOVERNOR HAS ATTEMPTED TO HAULT AFFIRMATIVE ACTION IN FLORIDA WHILE THE EEOC HAS NEGLECTED TO PUT IN VARIOUS CHARGES OF DISCRIMINATION AND IS NEGIGENT IN THEIR HIRING.

9. THE EEOC ISSUED A NOTICE OF RIGHT TO SUE LETTER
    N/A

10 MY REASON FOR QUESTIONING THE EEOC IS BECAUSE;
    IF THEY HAVE ATTENTION DEFICIT DISORDERS FROM HEARING LOSS AND HEARING PROBLEMS AND WORK PERFORMANCE AS THE COMPETANT EMPLOYEES HAS LEFT.

11. IF RELIEF IS NOT GRANTED, I WILL BE IRREPARIBLY DENIED RIGHTS SECURED BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AS AMENDED.

12. WHEREFORE, PLAINTIFF PRAYS THAT;

   A. THE COURT APPOINT LEGAL COUNSEL PURSUANT TO 42 USC 2000E-5 F13.

   B. THE COURT GRANT SUCH RELIEF AS MAY BE APPROPRIATE INCLUDING INJUNCTIVE ORDERS, DAMAGES. COST, AND ATTORNEY FEES.

SIGNATURE _[signature]_

ADDRESS _[handwritten]_

DATE _[handwritten]_

4

. FACT OF RETALIATION        )                    )

RETALIATION

KENT SECURITY HAS RETALIATED AGAINST ME BECAUSE OF MY RACE.

I WAS A SECURITY OFFICER OF KENT SECURITY SERVICES OF NAPLES FL AND I WORKED FOR THEM FOR ONE YEAR, AND THE FIRST POST THAT THEY PUT ME ON WAS LEGEND'S GOLF AND COUNTRY CLUB. THE CAPTAIN, JOE FALASCO WAS HOSTILE AND ABUSIVE AND DISCRIMINATED AGAINST ME USING THE WORD NIGGER, PROSTITUTE ALL THE TIME AND WATCHING TELEVISION VCR MOVIES THAT USED EXCESSIVE RACIAL SLURS AND WHEN SHE COMPLAINED TO THE COMPANY, THEY REMOVED HER FROM HER POST AND TOOK TOO LONG TO RESOLVE THE PROBLEM AND POLLUTED THE NEXT POST SHE WAS ASSIGNED TO. THE COMPLAINANT DONNA BATTLE WAS SUPPOSED TO BE IN LINE FOR A PROMOTION AT THE POST AFTER THE CAPTAIN, INSTEAD OF PROMOTING HER THEY REPLACED HER WITH A WHITE SECURITY OFFICER THAT WAS INFERIOR TO HER. THE COMPANY ALSO CUT HER HOURS AND CUT HER CHURCH SERVICES AND WOULD NOT GIVE HER THE PROMOTION THAT SHE WAS IN LINE FOR.

SHE WAS NEXT PUT AT THE AIRPORT AT THE CLIENT ALAMO RENT A CAR WHOM IS BANKRUPT AND IS A TEMPORTY CLIENT ALONG WITH ALL THE BLACK EMPLOYEES THE COMPANY HAD WHOM WAS IN LINE FOR A CONSTRUCTIVE DISCHARGE. THE SUPERVISOR CALLED THEM STUPID AND COULD NOT DO ANYTHING. THE EMPLOYEES APPEARED TO BE SMARTER THAN THE WHITE MANAGERS AND SUPERVISORS IN THE COMPANY.

THE POST SUPERVISOR CALLED THE PLAINTIFF A NIGGER EVERY TIME HE CAME TO ALAMO RENT A CAR AT THE AIRPORT, AARON HERON AND A PROSTITUTE AND HOOKER AND WAS ACCUSED OF BEING A HOMOSEXUAL BY THE OTHER GUARDS AND INTIMIDATED THEM SEXUALLY AND HAD THE POST POLLUTED WITH HOMOSEXUALS DRIVING BY IN CARS AND HANGING IN THE WOODS AT TREELINE DRIVE AND WOULD NOT ALLOW ANYONE TO COMPLAIN. SHE COMPLAINED TO THE SUPERVISOR OF THE DISCRIMINATION IN THE COMPANY AND HE WOULDNOT TALK OR REPORT ANYTHING TO THE HIGHER MANAGEMENT SHE ALSO TALKED TO THE DISPATCH IN MIAMI FLORIDA WHERE THE MANAGER MELISSA ACCUSED HER OF NOT TELLING THE COMPANY AND TALKING TO THE CLIENT AND MADE HER LEAVE THE COMPANY AFTER SHE TALKED TO THE NIGHT TIME CAR WASHERS FOR USING THE WORD NIGGER ALL THE TIME AND WHORE AND PROSTITUTE WHEN THEY REFUSED TO CORRECT THE PROBLEM. THE

MANAGER ALSO HEARD THE WORD PROSTITUTE WHEN SHE GOT OUT OF A CAR AT TREELINE DRIVE AND DID NOTHING.

THE BLACK MANAGERS ALSO COMPLAINED OF THE DISCRIMINATION IN THE ALAMO RENT A CAR AND THE SECURITY REFUSED TO CORRECT THE PROBLEM. THE COMPANY KENT SECURITY IS A HOSTILE AND WORKPLACE VIOLENT COMPANY AND WAS IN THE AIRPORT AT THE TIME OF SEPTEMBER 11 AND WAS A MAJOR PART OF THE PROBLEM AND HOSTILITY IN FORT MYERS AND SURROUNDING AREAS WHERE THE ATTACKERS TRAINED THEMSELVES.

THE COMPANY PUT HER ON THE POST AT THE AIRPORT WHICH WAS BANKRUPT AND THE POST THEY HAD WAS WITH THE AIRPORT AND CONTAMINATED WITH URINE AND GARBAGE AND ALCOHOL CONTAINERS WHERE THE GUARDS SAT AROUND DRINKING ALCOHOL AND USING THE BATHROOM ON THE PROPERTY THE CLIENT ALSO DRANK DURING WORKING HOURS AND ABUSED THE PLAINTIFF WHILE THEY WERE DRUNK AT THE AIRPORT ALAMO AND FORCED THE BLACK SECURITY OFFICERS TO SIT AT THIS POST, A VACANT LOT AND NOT USE THEIR MINDS AND WOULD NOT HAVE A OCCUPATIONAL LICENSE AT THE POST WHERE THE GUARDS WAS HARASSED BY LAW ENFORCEMENT AND AFRAID OF BEING GUNNED DOWN AT NIGHT IF WE MOVED TO CALL DISPATCH. THE BLACK EMPLOYEES AND THE PLAINTIFF WAS IN LINE FOR CONSTRUCTIVE DISCHARGE AND THE COMPANY ALSO CAUSED HARASSMENT FROM STREET POLICE FOR NO REASON AND PUBLIC ABUSE.

THE COMPANY AGAIN RETALIATED AGAINST THE PLAINTIFF BECAUSE OF HER RACE BECAUSE SHE TALKED TO THE NIGHT WHITE CAR WASHERS FOR CALLING HER NIGGER, WHORE OR PROSTITUTE EVERY TIME SHE WALKED BY THEM OR THEY DROVE BY THEM IN A CAR, THE BLACK MANAGERS WOULD CURSE AT THEM TELLING THEM TO LEAVE AND ONE TALKED TO THEM AND TOLD THEM THEY NEEDED GOD AT TIMES. WHEN THE CAR WASHERS WENT TO THE WHITE MANAGER, HE CALLED KENT SECURITY WHOM THE PLAINTIFF WORKED FOR AND MELISSA AND THE ASSISTANT MANAGER IN A YELLOW MUSTANGE MET HER AT HER POST AND TOLD HER SHE WAS TERMINATED FOR TALKING TO THE CAR WASH ATTENDANTS FOR USING RACIAL SLURS AND GENDER SLURS. THE POST SUPERVISOR AARON CREATED A HOSTILE ENVIRONMENT AND CAUSEDTHE POST TO BECOME A WORKPLACE VIOLENT ATMOSPHERE AND WOULD NOT CORRECT THE PROBLEM WHEN SHE COMPLAINED TO HIM. THE PLAINTIFF COMPLAINED TO THE CAR WASH ATTENDANTS FOR THEIR CONDUCT AND TOLD THEM IF THEY CONTINUED TO ABUSE HER SHE WOULD TELL THE PRESIDENT OF HER COMPANY AND THEIR MANAGER AFTER AARON HERON THE SUPERVISOR FAILED TO CORRECT ANY OF THE PROBLEMS SHE COMPLAINED OF INCLUDING THE WHITE FEMALE OFFICER SHANNON WHO PLAYED AROUND AFTER WORKING HOURS AND KEPT

HOSTILE WORKING CONDITIONS. THE COMPANY REMOVED HER FROM THE CONTAMINATED BANKRUPT POST WITH THE BLACK EMPLOYEES AND FOUND HER BETTER FULL TIME WORKING CONDITIONS INSTEAD OD GIVING THE POST TO A BLACK EMPLOYEE WHOM WAS BETTER WHILE SHE CAUSED PROBLEMS AT THE POST CALLING THE BLACK RELIGIOUS EMPLOYEES RELIGIOUS HOOPLAH.

THE COMPANY ALAMO RENT A CAR HAS BEEN DETERMINED AS A DISCRIMINATOR IN DISTRICT COURT WHERE THE PLAINTIFF HAS FILED A LAWSUIT AGAINST A PRIOR COMPANY WHERE SHE HAD SIMILAR PROBLEMS AT THE CLIENT ALAMO RENT A CAR AND THE COMPANY FAILED TO CORRECT THE PROBLEM OF THE CLIENT ALAMO RENT A CAR WHO HAS MERGED IN WITH NATIONAL RENT A CAR WHOM IS ALSO HOSTILE AND ABUSIVE AND HAS WORKPLACE VIOLENCE TO THE PLAINTIFF'S RACE GENDER SEX AND AGE AND IS BANKRUPT FROM SEPTEMBER 11 AND IS WORTHLESS TO PERWONS RENTING CARS BECAUSE OF THE HOSTILE ENVIRONMENT WORK IS SLOTHFUL AND IS INFESTED WITH DRUG TRAFFICERS WHICH THEY FAIL TO CORRECT THIS PROBLEM BUT ALWAYS ABUSES THE SECURITY SERVICES FOR TALKING. THE PLAINTIFF HAD TO CALL THE LEE COUNTY SHERIFF DEPARTMENT BECAUSE OF DRUG TRAFFICERS HARASSING HER IN RENT A CARS IN FORT MYERS FLORIDA.

SIGNATURE *Donna Battle*

THOSE INVOLVED AND MAILED COPIES

SW FL REGIONAL AIRPORT
LEGENDS GOLF AND COUNTRY CLUB
OLD HICKORY
FIDDLESTICKS COUNTRY CLUB
SECURITY OFFICER JOE FALASCO
KENT SECURITY
AARON HERON
MELISSA- MANAGER
ASSISTANT MANAGER IN YELLOW MUSTANGE
ALAMO RENT A CAR
LILLIAN-AGENT
WHITE HISPANIC NIGHT AGENT- HEAVY SET
NIGHT CAR WASH ATTENDANTS.

COPIES WILL BE MAILED TO THE

US SENATE MAJORITY LEADER
PRESIDENT GEORGE BUSH
GOVERNOR JEB BUSH

Donna Battle  
2275 Canal Street  
Fort Myers, fl  
941-980-2720

Kent Security  
    Attention Mr. Hartley  
Miami Fl Office

Dear Sir

    To whom this letter may concern

My name is Donna F. Battle. I am a security officer in this firm and am a black African American Female. I started employment with this particular firm approximately in February of this year 2002. when I was hired, I was very happy and I thought the employment would work out fine. The persons that hired me were very friendly and courteous and the service was good and I really liked the atmosphere. I also liked the post that I was assigned to. It had the same environment.

As time went on, I met an employee that was on the post that I was assigned to. His name was Officer Joseph Falasco, which was the post captain. He works the 0700 to 1500 shift in which I work the 1500 to 2300 shift. I am his relief, so when I get to work he in turn goes home. For a reason when he is done briefing me and he is ready to get into his vehicle and walk out the door, he uses the word nigger facing me. He did this every day. I became very intimidated of the person. And when I drove through the security gate, I heard him using the word prostitute, as if he was talking to me. I also was in the restroom one day, which I made out a report from the advice of the manager whom is no longer with this company, Mr. Murry. Officer Falasco had to return to the gatehouse to pick up his cellular phone, when he got to the gatehouse, I was in the restroom and he was very angry and banged his car door on the gatehouse, and claimed to have damaged his door and he also used the word nigger while he showed this anger towards me because I was in the restroom. I feel that Mr Falasco's conduct is very defaming, slandering and I donot know what have been written about this particular post if it is libel.

Evidently, the conduct of this particular Officer has leaked into the visitors and residents of the countryclub and the public and have made this an intolerable place to live and of course to work. If anyone doesnot have a problem with the working environment or conditions, they have to be a part of this behavior problem.

I, as a security officer have been very offended listening to visitors call me nigger and prostitute for no cause except to copy Mr Falasco's behaviour. He also brings tapes that contain racial slurs to watch on a VCR.

Because this company has not corrected this problem I see this as a constructive discharge in which I am being forced to quit my job on account of my race and gender. Apparently, the post has offended another officer because of his disability, because he has to were a soft baseball cap to cover his injury. I believe this is very rude and noone should be subject to this type of discrimination and environment. They will not allow him to where his hat claiming that the client complained, which proves they allow visitors and others to harrass and offend as well as defame us as security officers.

I have also heard from one of the officers on the post Officer Verrina Lattray, that one of the night supervisors has been coming into work with alcohol on his breath, for some time and this has been brought to the attention of the manager and also has been ignored. I would like to ask, what type of asset does these men bring to your company? To have other people shunned because of the outside appearance and, race, gender and disability. The post is treated as if the gaurdhouse is a toilet for people to drive by and use, the work is so low performance, intentionally, to give priveleges to white people that noone could tell if a person was disabled, because the disabled person's work is the same as the post captain and the other white male guards. They complain about the officer's baseball hat as if to discriminate and cannot see the low work performance.

I donot know if this is just some temporary post that I have been assigned to, to dump the employees that his company has no use for because of the fact that we are women , black disabled or whathave you, or mentally aggressive which is the post captain's problem and unable to learn except to discriminate. And to use people for slaves to his advantage.

I am writing this letter in hopes of a new supervisor and post captain which is the only way that this problem can be resolved. I am sure that the Legends will not tolerate this behaviour much longer as well as myself, because it is intolerable, threatening and intimidating and impossible to work properly and we are tired of the criticism from the residents concerning the work performance as guards hired to protect them because of no policies to enforce rules or regulations, they think rules and regulations are just for black people in this line of work and post.

.Sincerely  Donna Battle
Date 8-29-2002

2

doc 2

                                                   DONNA BATTLE
                                                   2275 CANAL STREET
                                                   FORT MYERS, FL 33901

KENT SECURITY ATTENTION HUMAN RESOURCE
14600 BISCAYNE BLVD
NORTH MIAMI, BEACH 33181

TO WHOM THIS WAY CONCERN;

YOU MAY HAVE RECEIVED A LETTER FROM ME A FEW DAYS AGO. THIS LETTER IS IN REGARDS TO THE LETTER MAILED TO YOU EARLIER.

ENCLOSED ARE INCIDENT REPORTS WHICH ARE INCIDENTS THAT OCCURRED AT THE CLIENT, LEGENDS GOLF AND COUNTRY CLUB'S ADDRESS. THE CAPTAIN AND SUPERVISORS REFUSE TO HANDLE ISSUES RAISED BY BLACK EMPLOYEES, INCLUDING THE BLACK SUPERVISORS ASSIGNED TO THE POST, THEREFORE, THEY HAVE LEFT DARS AND VEHICLE LOG SHEETS AT THE POSTS. THE CLIENT INSIST ON HAVING THESE INCIDENT REPORTS AND HAVE LEFT LETTERS IN THE GUARD HOUSE.

EVIDENTLY, THE GUARDS DONOT MAKE OUT REPORTS OTHER THAN THOSE GIVEN TO YOU, UNLESS THE INCIDENT INVOLVES A BLACK PERSON, YOU MAY NOTICE, MOST OF THE REPORTS ARE FROM ME.. THE CAPTAIN HAS ONLY MADE OUT REPORTS CONCERNING ONE PERSON, A BLACK PERSON, WHOM HE MADE OUT A REPORT, AND THERE ARE MORE SERIOUS INCIDENTS OCCURRING AT THE COUNTRYCLUB INVOLVING SIRENS OF AMBULANCES, AND SOME RESIDENTS HAVE REPORTED LARGE TRUCKS TAKING APPLIANCES FROM THE VACANT HOMES AND BREAK INS. THE SHERIFF DRIVES BY EVERY GUARD AND EVERY GUARD, I AM SURE, HAS PROBLEMS WITH EQUIPMENT.

                                                        SINCERELY
                                                       DONNA BATTLE

Agency for Workforce Innovation
PO Box 5608
Ft Lauderdale, FL  33310-5608

**URGENT NOTICE TO CLAIMANT**

Date Mailed: OCTOBER 11, 2002            Social Security: 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

DONNA    F BATTLE
2275 CANAL STREET
FORT MYERS     FL 33901

Our records indicate that you have not made your scheduled phone call to claim your benefits by phone. You were supposed to call and claim your benefits last week on Monday or Tuesday. If you did make your call, it may not have been processed correctly. Even if you have returned to work you may still be entitled to one week of benefits.

**If you have not answered the eligibility questions on the phone, please do so immediately by calling the RSVP number for your city or county listed on the back of this form. You have until Wednesday at __PM to make this call. If you do not make the call, your check may be delayed or denied!**

If you are having problems making your call or answering the required questions, please press zero and the operator will assist you.

*The instructions on making the telephone call are in your "Rights and Benefits Information Booklet" Pages 23 to 32*
*Please do not wait until the last minute, it may cause a denial of your benefits. Thank You.*

# Kent Security Services

*Tomorrow's Security Today*℠

September 4, 2002

                                                Hand Delivered

                                                U.S.-mail *[handwritten]*

Ms. Donna Battle
2275 Canal Street
Fort Meyers, FL

RE:    Your letter of August 29, 2002.

Dear Ms. Battle:

I first would like to thank you for your letter of August 29th 2002. The allegations made in your letter have been taken very seriously and will be handled accordingly. We do not condone discrimination or harassment of any kind nor will we tolerate any of our employees being subjected to that type of treatment.

In order to insure that the rights of all involved are not violated it is necessary for us to conduct a thorough investigation into the matter. Mr. Bill Di Maria, our President of Operations, will personally oversee the investigative process. No disciplinary action will be taken against Mr. Falasco until we have completed our investigation and determined that the allegations are accurate.

As part of Mr. Di Maria's investigation he will want to personally interview both you and Officer Falasco. Your full cooperation at that time will be appreciated. You may also want to provide him with names of any witnesses to the incidents you described.

We believe that each of our employees are personal representatives of Kent and it is important to us that the true and diverse image of Kent is exemplified by all of our employees.

Should you have any questions or concerns please feel free to contact me at 305/919-9400 ext 216.

Very truly yours,

*[signature]*

Martine C. Etienne,
Legal Assistant
/me

14600 Biscayne Boulevard, North Miami Beach, Florida 33181

Phone 305-919-9400   Fax 305-919-9590   email info@kentsecurity.com   www.kentsecurity.com